**Stanley Skalczynski, for use of William Junker Company, appellant, v. Joseph Czajczynski, appellee. Gen. No. 30,171.**

Garnishee suit. Garnishee discharged. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925. Rehearing denied October 19, 1925.

Edward E. Contarsy, for appellant. Paul V. Pallasch and Ewart Harris, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Columbia Phonograph Cabinet Company, appellant, v. Enterprise Sales Company, appellee. Gen. No. 30,190.**

Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed because of defective bill of exceptions. Opinion filed October 6, 1925.

R. W. Marrow and E. Leslie Cole, for appellant. Bennison F. Bartel, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**M. B. Okun, appellant, v. Harry Randall and Abe Randall, appellees. Gen. No. 30,202.**

Action on agreement for services in securing loan. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925.

Kaplan & Kaplan, for appellant; Maurice J. Ginsberg, of counsel. Benjamin E. Cohen, for appellees; Samuel Berke, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Bradford-Kennedy Company, appellant, v. Morris Gillman, trading as Gillman Lumber & Cabinet Company, appellee. Gen. No. 30,209.**

Action for lumber sold. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Moss & King, for appellant; Bertram H. Montgomery, of counsel. Frankel & Bloom, for appellee.

Mr. Justice Gridley delivered the opinion of the court.